UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACY YAANGH, CHIEM-SENG YAANGH, YING SAELEE AND STACY YAANGH as guardian ad litem for minor DANIEL YAANGH and as guardian ad litem for minor SARAH YAANGH,

        Plaintiffs,

    v.

FRANK L. SCHWAB, ENTERPRISE RENT-A-CAR COMPANY, and DOES 1 through 50, inclusive,

        Defendants.

                              /

NO. CIV.S-05-2000 LKK/EFB

O R D E R

On May 11, 2007, a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

1. The discovery deadline is CONTINUED to February 11, 2008. Experts shall be disclosed sixty (60) days prior.
2. The Law and Motion cut off date is CONTINUED to April 11, 2008.
3. The pretrial conference is CONTINUED to July 14, 2008 at

1

1:30 p.m.

4. Trial is CONTINUED to October 14, 2008. Trial is expected to last ten days and will be a jury trial.

5. All previously set dates are VACATED.

IT IS SO ORDERED.

DATED: May 11, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT