Erik E. Child, SBN 195104
Chris Gordon, SBN 221374
CHILD & GORDON
*A Professional Law Corporation*
101 Parkshore Drive, Suite 205
Folsom, CA 95630
Telephone:  (916) 932-2170
Facsimile:  (916) 932-2171

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY YAANGH, CHIEM-SENG YAANGH, YING SAELEE, AND STACY YAANGH as guardian ad litem for MINOR DANIEL YAANGH, and as guardian ad litem for MINOR SARAH YAANGH<br><br>    Plaintiffs,<br><br>vs.<br><br>FRANK E. SCHWAB, ENTERPRISE RENT-A-CAR COMPANY, et al.<br>    Defendants. | CASE NO.  2:05-cv-2000-LKK-PAN<br><br>STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br>(FED. R.CIV. P. 41(A)(1)) |

The parties to this action have reached a resolution of the dispute and hereby stipulate that the entire action including the claim and all counter claims under this case number should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs, and with no party determined to be a prevailing party for any purpose.

   Dated this 17th day of July, 2008

                              /s/
                              Erik E. Child, Esq.
                              CHILD & GORDON
                              101 Parkshore Dr., Suite 101
                              Folsom, CA 95630

STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

- 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated this 17th day of July, 2008

2                                                                       /s/
3                                                          Robert B. Hunter, Esq.
   SNYDER, CORNELIUS &
4  HUNTER
   399 Taylor Blvd., Suite 206
5  Pleasant Hill, CA  94523

6

7  **IT IS SO ORDERED:**

8

9  DATED:  July 21, 2008.

10

11  _____
    LAWRENCE K. KARLTON
12  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

- 2

PDF created with pdfFactory trial version www.pdffactory.com